IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:09-cv-00719 |
| I MASTERS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

## JUDGMENT ORDER

THIS MATTER is before the Court on the April 19, 2010, Report and Recommendation of Magistrate Judge Davis regarding Plaintiffs' Motion for Default Judgment against Defendants. Judge Davis recommends that the Court enter default judgment in favor of Plaintiffs, and against Defendants, in the amount of $10,476.98, including $4,966.32 in delinquent contributions, $545.90 in accrued interest as of April 19, 2010, $993.06 in liquidated damages, and $3,971.70 in attorneys' fees and costs.

Federal Rule of Civil Procedure 72(b) provides that a magistrate judge may hear a dispositive motion, without the consent of the parties, and recommend the disposition of the matter to a district judge. FED. R. CIV. P. 72(b). Additionally, the Rule requires a district judge to whom a case is assigned to make a *de novo* determination on the record, or receive additional evidence, on any portion of the magistrate judge's disposition, to which a party has made a specific written objection. *Id.*

Further, a party must make any objections to the magistrate judge's recommendation within fourteen (14) days of being served with a copy of the order or waives its right to appellate review. *See id.*

Because Defendants have failed to filed timely objections pursuant to 28 U.S.C. § 636 and FRCP 72(b), this Court adopts Judge Davis' Report and Recommendation *in toto*, and it is hereby

ORDERED that default judgment be ENTERED in favor of Plaintiffs Board of Trustees of the Sheet Metal Workers' National Pension Fund, *et al.*, and against Defendants I Masters, Inc., *et al.*, in the amount of $10,476.98, subject to positive adjustment by the amount of accrued interest at 8.5% since the April 19, 2010, Report and Recommendation.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 24th day of June, 2010.

Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge